# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALDO SUCKEN BANTIN,<br><br>   Petitioner,<br><br>  v.<br><br>KRISTI NOEM, et al.,<br><br>   Respondents. | Case No. 1:26-cv-01207-KES-SAB-HC<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(ECF No. 17) |

Petitioner is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On April 9, 2026, Petitioner filed the instant notice of voluntary dismissal without prejudice. (ECF No. 17.) Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Voluntary dismissal under this rule requires no action on the part of the court and divests the court of jurisdiction upon the filing of the notice of voluntary dismissal. See United States v. 475 Martin Lane, 545 F.3d 1134, 1145 (9th Cir. 2008) (describing consequences of voluntary dismissals pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)). In this case, Respondents have not served either an answer or a motion for summary judgment. Thus, Petitioner's notice of dismissal was effective upon filing and without a court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

1

For the sake of clarity, in light of the notice of dismissal, IT IS HEREBY ORDERED that the Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated:    **April 10, 2026**

STANLEY A. BOONE
United States Magistrate Judge